# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-1106
Lower Tribunal No. 2021CC-006402-0000-00

———————————————

ICE RAK, LLC,

Appellant,

v.

ANTONE D. MOODY, MARIA "RIA" MARTINEZ, MARIA MARTINEZ, AUGUSTA D. MOODY, LAQUINTA DIONNE RORIE, BRITTANY PLUMMER, JENNIFER ROBINSON, BAILEY VEA a/k/a BAILEY OLIVER and HANNAH MILLIGAN,

Appellees.

———————————————

Appeal from the County Court for Polk County.
Kevin M. Kohl, Judge.

December 26, 2023

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.

Ramil A. Kaminsky and Jacquelyn M. Codd, of Rak Law Firm, PLLC, Lakeland, for Appellant.

Jesse A. Haskins, of J. Haskins Law, P.A., Tampa for Appellees, Antone D. Moody and Maria Martinez.

Andrew S. Kanter, of Law Office of Andrew S. Kanter, Tampa, for Appellees, Bailey Vea a/k/a Bailey Oliver and Hannah Milligan.

No appearance for remaining Appellees, Maria "Ria" Martinez, Augusta D. Moody, LaQuinta Dionne Rorie, Brittany Plummer, and Jennifer Robinson.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED